PROB 35     Report and Order Terminating Supervision
(Reg 3/93)     Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                          **Crim. No. 5:13-CR-63-2H**

KAREN THOMAS

On December 10, 2014, the above named was released from prison and commenced a term of supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                      /s/ Julie Wise Rosa
Jeffrey L. Keller                         Julie Wise Rosa
Supervising U.S. Probation Officer       U.S. Probation Officer
                                                       310 New Bern Avenue, Room 610
                                                       Raleigh, NC 27601-1441
                                                       Phone: 919-861-8675
                                                       Executed On: July 11, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of July 2016.

                                                       Malcolm J. Howard
                                                       Senior U.S. District Judge